IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NIKKI SIMMS and KIM HUFFSTETLER                                              PLAINTIFFS

v.                              Case No. 2:12-CV-02252

NORTHPORT HEALTH SERVICES OF ARKANSAS, L.L.C.
d/b/a LEGACY HEALTH AND REHABILITATION
CENTER; NHS MANAGEMENT, L.L.C.; J. NORMAN ESTES
and CLAUDE LEE, individually and in their capacities as
owners, managers, and/or officers of the above named entities            DEFENDANTS

## ORDER

Currently before the Court is Plaintiffs Nikki Simms and Kim Huffstetler's motion to voluntarily dismiss their case with prejudice (Doc. 37).

After due consideration, the Court find that Plaintiffs' motion (Doc. 37) is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 1st day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE